ANDREA T. MARTINEZ, United States Attorney (#9313)
THADDEUS J. MAY, Assistant United States Attorney (#11317)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED US District Court-UT
FEB 02 '22 PM 12:39

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, vs. RANDY LANSING, Defendant. | INDICTMENT Count 1: 18 U.S.C. § 2250(a), Failure to Register as a Sex Offender Case: 4:22-cr-00007 Assigned To : Nuffer, David Assign. Date : 02/02/2022 |
|---|---|

The Grand Jury charges:

### COUNT 1
### 18 U.S.C. § 2250(a)
### (Failure to Register as a Sex Offender)

During July 25, 2020, until the present, and on prior dates unknown, in the District of Utah, and elsewhere,

RANDY LANSING,

defendant herein, an individual required to register under the Sex Offender Registration and Notification Act, having entered, left and resided in Indian Country, did knowingly

fail to update a registration as required by the Sex Offender Registration and Notification Act; all in violation of 18 U.S.C. § 2250(a).

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

ANDREA T. MARTINEZ
United States Attorney

THADDEUS J. MAY
Assistant United States Attorney